<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 11-7340**

───────────────

THOMAS K. HOGGE,

        Plaintiff – Appellant,

    v.

HARVARD STEPHENS, Dr., Chief Physician, Office of Health
Services, sued individually and in official capacity;
MANICKAVASAGER, Dr., Institutional Physician, Deerfield
Correctional Center, sued individually and in official
capacity; ALVIN HARRIS, Dr., Chief Institutional Physician
(Past), Deerfield Correctional Center, sued individually
and in official capacity; LINDA ROBB, Phlebotomist (Lab
Technician), Powhatan Medical Unit (Receiving), sued
individually and in official capacity; FRED SCHILLINGS,
Director of Prison Health Services, sued individually and
in official capacity,

        Defendants – Appellees,

    and

KEITH DAVIS, Warden, Deerfield Correctional Center, sued
individually and in official capacity; BENITA BADGETTE,
Healthcare Adm., Deerfield Correctional Center, sued
individually and in official capacity; HOFFMAN, Dr.,
Institutional Physician, Deerfield Correctional Center,
sued individually and in official capacity; AMONETTE, Dr.,
Chief Institutional Physician, Powhatan Receiving Unit,
sued individually and in official capacity; MARY JOHNSON,
Registered Nurse, Deerfield Correctional Center, sued
individually and in official capacity; FRED SCHILLING,

        Defendants.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:09-cv-00582-JRS)

---

Submitted: February 29, 2012          Decided: March 13, 2012

---

Before SHEDD, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas K. Hogge, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Richmond, Virginia; Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Kevin Hogge appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hogge v. Stephens, No. 3:09-cv-00582-JRS (E.D. Va. Sept. 24, 2010; June 1, Sept. 6 & 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED